IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MARTEL,

      Plaintiff,                                          No. CIV S-11-509 JAM EFB PS

      vs.

FRANK CADJEW and JULIE CADJEW,

      Defendants.                                  <u>ORDER</u>

_____/

      On November 30, 2011, the court heard defendants' motion to set aside the clerk's entry of default against them, Dckt. No. 23, and plaintiff's motion for default judgment, Dckt. No. 25. Attorneys Andrew Steinheimer and Amanda Stevens appeared at the hearing on behalf of defendants; plaintiff appeared pro se.

      For the reasons stated on the record at the hearing, IT IS HEREBY ORDERED that:

      1. Defendants' motion to set aside the clerk's entry of default against them, Dckt. No. 23, is granted;

      2. Defendants' answer, Dckt. No. 22, is deemed effective; and

////

////

////

1

    3. Plaintiff's motion for default judgment, Dckt. No. 25, is denied.[1]

SO ORDERED.

DATED: December 1, 2011.

                                                   EDMUND F. BRENNAN
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] In light of this order, defense counsel need not prepare a proposed order, as directed at the November 30, 2011 hearing.

2