1  JAMES W. RUSHFORD, ESQ.
   State Bar No. 88739
2  AMANDA R. STEVENS, ESQ.
   State Bar No. 252350
3  RUSHFORD & BONOTTO, LLP
   2277 Fair Oaks Blvd., Suite 495
4  Sacramento, California  95825
   (916) 565-0590
5

6  Attorneys for Defendants,
   FRANK CADJEW and JULIE CADJEW
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 RICHARD MARTEL, an individual,   ) Case No.:  11-CV-00509-JAM-EFB-
                                    ) PS
12         Plaintiffs,               )
                                    )
13     vs.                           ) STIPULATION OF DISMISSAL
                                    )
14 FRANK & JULIE CADJEW, a Married  )
   Couple, UNKNOWN DOES 1-20,       )
15                                  )
           Defendants.              )
16 _____)

17     IT IS HEREBY STIPULATED by and among the parties to this action

18 that the above-captioned action be and hereby is dismissed with prejudice

19 as to all defendants.

20 Dated:  March 5, 2012

21                                   By: /s/_____

22                                   Richard Martel, PLAINTIFF PRO SE

23 Dated:  March 5, 2012             **RUSHFORD & BONOTTO, LLP**

24

25                                   By:/s/_____
                                        JAMES W. RUSHFORD
26
                                     Attorney for Defendants, FRANK
27                                   CADJEW and JULIE CADJEW

28

                                1
PDF created with pdfFactory trial version www.pdffactory.com

1 | THE PARTIES HAVING STIPULATED: the above matter is ordered
2 | dismissed with prejudice.
3 | Dated: 3/5/2012
4 | /s/ John A. Mendez_____
5 | UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**
**(CCP §§1013(a) and 2015.5)**

I, RACHEL PETERSON, declare that:

I am a citizen of the United States and am employed in Sacramento County, California. I am over the age of 18 years and not a party to this action. My business address is 2277 Fair Oaks Blvd., Suite 495, Sacramento, California 95825.

On March 5, 2012, I served the attached document entitled **STIPULATION OF DISMISSAL** on the following parties as listed below:

| | |
|---|---|
| Richard Martel<br>P.O. Box 634<br>Roseville, CA 95661 | Plaintiff in Pro Per<br>Phone: (916) 622-4404<br>Fax:<br>richardmartel@gmail.com |

The following is the procedure in which service of this document was affected:

[xx]   **Via First Class Mail** (placing sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby mail is deposited in a U.S. mailbox in Sacramento County at the close of the business day).

[ ]   **Via Notice of Electronic Service** – Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by United States District Court Electronic Case Filing OR Lexis/Nexis Electronic Filing and Service at the time said document was filed.

[ ]   **Via Personal Service** – By personally delivering or causing to be personally delivered a true copy thereof in a sealed envelope(s).

[ ]   **Via Facsimile Machine** before sealing envelope. The document was transmitted by facsimile transmission and the transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

[ ]   **Via Overnight Delivery Service** – I caused such envelope(s) to be deposited in a box or other facility maintained by the express service carrier or delivered to an authorized courier or driver authorized by the express service carrier with delivery fees paid or provided.

PDF created with pdfFactory trial version www.pdffactory.com

1  
2     I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on March 5, 2012, in Sacramento, California.
3  
4  
5     _____
         RACHEL PETERSON
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com