IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MARTEL,<br><br>         Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant.<br>_____/ | No. CIV S-11-3040 GEB CKD PS |
| RICHARD MARTEL,<br><br>         Plaintiff,<br><br>    vs.<br><br>FRANK CADJEW and JULIE CADJEW,<br><br>         Defendants.<br>_____/ | No. CIV S-11-509 JAM EFB PS<br><br><br><br>NON-RELATED CASE ORDER |

On April 11, 2012, the United States filed a Notice of Related Case in the above-captioned actions. Because the earlier action, *Martel v. Cadjew*, 2:11-cv-00509-JAM-EFB (PS), is now closed and the assignment of the two actions to a single judge is not likely to effect a savings of judicial effort or other economies, the actions will not be reassigned, as contemplated by Local Rule 123.

SO ORDERED.

DATED: April 16, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE